**Eugene Robert ZARWELL, Plaintiff—Appellant,**

v.

**KING & NORDLINGER, Defendant— Appellee.**

**No. 07–1779.**

United States Court of Appeals, Fourth Circuit.

Submitted: Nov. 15, 2007.

Decided: Nov. 20, 2007.

Eugene Robert Zarwell, Appellant Pro Se. Lynn Perry Parker, King & Nordlinger, LLP, Gaithersburg, Maryland, for Appellee.

Before WILLIAMS, Chief Judge, and MOTZ and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Eugene Robert Zarwell appeals the district court's orders dismissing his action filed under the federal Fair Debt Collection Practices Act and his motion to reconsider. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Zarwell v. King & Nordlinger, LLC,* No. 1:05–cv–01938–WMN (D. Md. June 6, 2006 & July 10, 2007). We dispense with oral argument because the

facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*